## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

**TOBY LEE ANTOINE**           **DOCKET NO. 2:25-cv-0892**
**D.O.C. # 482449**              **SECTION P**

**VERSUS**                  **JUDGE JAMES D. CAIN, JR.**

**WARDEN**                **MAGISTRATE JUDGE LEBLANC**

### JUDGMENT

For the reasons stated in the Report and Recommendation (Doc. 2) of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED** that the instant petition be **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

**IT IS ORDERED, ADJUDGED AND DECREED** that petitioner be BARRED from filing additional petitions or other actions relating to this conviction in federal court without first obtaining leave of court and that Petitioner may be sanctioned as noted in the Report and Recommendation should he file any additional petitions.

**THUS DONE AND SIGNED** in chambers this 25th day of March, 2026.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**